

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

December 26, 2023

**VIA ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/24

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>Lynk Media, LLC v. Audacy New York LLC,</u> 1:23-cv-5725 (VM)

Dear Judge Marrero:

We represent Plaintiff Lynk Media, LLC in the above-captioned case and write pursuant to Section I.G. of Your Honor's Individual Practices to respectfully request a 30-day extension of time to file a notice of dismissal or otherwise re-open the case.

(1) the original deadline is December 31, 2023 [Dkt. No. 14] and the proposed new deadline is January 30, 2024.

(2) there have been no previous requests for an extension of this deadline.

(3) the parties respectfully request an extension in an effort to resolve the case without judicial intervention.

(4) No other scheduled dates will be impacted by this request.

(5) Counsel for Defendant consents to the request.

Respectfully Submitted,

s/ *James H Freeman* /
James H. Freeman

*Counsel for Plaintiff*

```
Request GRANTED. The deadline to
file a notice of dismissal or
otherwise re-open this case is
hereby retroactively extended to
January 30, 2024.

SO ORDERED.
Dated: 4 Jan. 2024        Victor Marrero
                              U.S.D.J.
```