

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

January 29, 2024

**VIA ECF**

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/24
```

Re:   <u>Lynk Media, LLC v. Audacy New York, LLC</u>, 1:23-cv-05725-VM

Dear Judge Marrero:

    We represent Plaintiff Lynk Media, LLC in the above-captioned case and write to respectfully notify the Court that defendant Audacy New York, LLC ("Defendant") filed for Chapter 11 bankruptcy on or about January 8, 2024. Attached as <u>Exhibit A</u> is a true and correct copy of a news article, dated January 8, 2024, which reports the bankruptcy.

    Defense counsel has indicated that, pursuant to 11 U.S.C. § 362, this action should be automatically stayed pending resolution of the bankruptcy proceeding. Plaintiff will continue to engage with Defendant to determine whether its claim can be resolved. However, the parties respectfully request that this action be stayed. In the event circumstances change, Plaintiff will promptly notify the Court.

Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*

```
Request GRANTED. This action is hereby
stayed for the duration of Defendant
Audacy New York, LLC's bankruptcy
proceedings.

SO ORDERED.
Dated: 31 Jan 2024          Victor Marrero
                               U.S.D.J.
```