```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/01/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNK MEDIA, LLC,

                        Plaintiff,

           -against-

AUDACY NEW YORK, LLC,

                        Defendant.

23-CV-05725 (MMG)

**NOTICE OF REASSIGNMENT & ORDER**

MARGARET M. GARNETT, United States District Judge:

      This case has been reassigned to the undersigned.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the previous order staying the action for the duration of Defendant's bankruptcy proceeding.  The parties are hereby ORDERED to submit a joint status letter regarding the status of the bankruptcy proceeding by **March 31, 2024,** and at least every six months thereafter.  All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: March 1, 2024
       New York, New York

                                                    SO ORDERED.

                                                    MARGARET M. GARNETT
                                                    United States District Judge